FILED

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0314

IN THE MATTERS OF:

S.P. and K.L.N.,

Youths in Need of Care

ORDER

Having considered counsel's motion, and given the unique circumstances of this case,

IT IS HEREBY ORDERERED that Father/Appellant is granted an extension of 30-days, up to and including Wednesday, October 28, 2020, within which to prepare, file, and serve an opening brief in this matter.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2020